```
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| ANDRAE WRIGHT, SR., | | No. 2:08-CV-2036 RCF |
| Plaintiff, | | |
| v. | | ORDER DISMISSING DEFENDANTS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | | |
| Defendants. | | |

## **ORDER**

Plaintiff Andrae Wright is a pro se plaintiff proceeding in forma pauperis. In an order entered March 19, 2009, the Court dismissed plaintiff's complaint with prejudice with respect to defendant California Department of Corrections, and dismissed the complaint without prejudice with respect to Warden James Walker. In that order, the Court granted plaintiff 30 days to file an amended complaint asserting cognizable claims for relief against Warden Walker. The 30 days has elapsed, and plaintiff has not filed an amended complaint. The Court will therefore dismiss both the California Department of Corrections and Warden Walker from this action. Plaintiff may not raise claims against either of these defendants in an amended complaint in this action.

For these reasons, it is hereby ORDERED that:

1. Defendant California Department of Corrections is dismissed from this action.

2. Defendant Warden James Walker is dismissed from this action.

DATED: April 24, 2009

/s/ Raymond C. Fisher
Raymond C. Fisher,
United States Circuit Judge
Sitting by Designation