UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRAE WRIGHT, SR., | No. 2:08-CV-2036 RCF (P) |
| Plaintiff, | |
| v. | ORDER |
| E. ADVINCULA and V. BOROTAMEDI, | |
| Defendants. | |

Although neither the Court nor defendants are aware of an e-mail address for the plaintiff, this lack of knowledge does not legitimize ex parte communication. Defendants are therefore ordered to send to the plaintiff via first-class mail a copy of any past or future e-mails to the Court.

DATED: August 26, 2009

/s/ Raymond C. Fisher
Raymond C. Fisher
United States Circuit Judge
Sitting by Designation

1