EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Advincula and Bortolamedi*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDRAE WRIGHT, SR.,** <br><br> Plaintiff, <br><br> v. <br><br> **E. ADVINCULA, ET AL.,** <br><br> Defendant. | No. 2:08-cv-2036 RCF <br><br> **ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

    Defendants Advincula and Bortolamedi answer the complaint filed by Plaintiff Andrae Wright on August 29, 2008, as follows:

    1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Section I of the form complaint.

    2. Defendants deny that Plaintiff properly exhausted the administrative process as alleged in Section II of the form complaint.

    3. Defendants admit that at all times relevant, they were employed as correctional officers at California State Prison Sacramento as alleged in Section III of the form complaint.

4. Defendants admit the following allegations contained in Section IV of the form complaint: (a) On March 30, 2008, Bortolamedi conducted clothed body searches of inmates, including Plaintiff; (b) Plaintiff walked away from Bortolamedi; (c) Advincula ordered Plaintiff to place his hands behind his back; (d) Plaintiff complied with Advincula's order; (e) Plaintiff was handcuffed; (f) Officer Bauer escorted Plaintiff to the holding cell/cage; (g) Plaintiff received medical treatment; (h) photographs of Plaintiff's injuries were taken; (i) Lieutenant Tennison conducted a use-of-force interview; and (j) Plaintiff sustained injuries to his knees and right facial area. Defendants deny the remaining allegations in Section IV of the form complaint.

5. Defendants have no knowledge or belief concerning Plaintiff's request for relief as alleged in Section V of the form complaint.

6. Except as expressly admitted, Defendants deny every other allegation in the complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendants are entitled to qualified immunity.

### Second Affirmative Defense

Plaintiff failed to exhaust his administrative remedies.

### Third Affirmative Defense

Plaintiff failed to state a claim upon which relief can be granted.

### Fourth Affirmative Defense

Plaintiff failed to allege facts sufficient to state a claim for punitive damages.

## DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38, Defendants demand that this action be tried by a jury.

///

///

///

**PRAYER FOR RELIEF**

Defendants pray for judgment as follows:

1. That Plaintiff take nothing by this action;

2. That Defendants be awarded costs of suit and attorney's fees; and

3. That Defendants be awarded such other relief as this Court deems proper.

Dated: September 8, 2009                    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

SA2009311704
30853574.doc

3

Answer to Complaint and Demand for Jury Trial   (2:08-cv-2036 RCF)

DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Wright, Sr. v. Advincula, et. al.

Case No.:    2:08-cv-2036 RCF (P)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On September 8, 2009, I served the attached **ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Andrae Wright, Sr., V-55372
3101 East 6th Street, Suite 2
Long Beach, CA  90804
In pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2009, at Sacramento, California.

| C. Rubio | /s/ *C. Rubio* |
|---|---|
| Declarant | Signature |

SA2009311704
30855751.doc

Answer to Complaint and Demand for Jury Trial   (2:08-cv-2036 RCF)