UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRAE WRIGHT, SR.,<br>    Plaintiff, | No. 2:08-CV-2036 RCF |
| v. | ORDER DIRECTING DEFENDANTS TO FILE A MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
|     Defendants. | |

**ORDER**

In their answer, defendants Advincula and Bortolamedi deny that plaintiff Wright exhausted administrative remedies and assert failure to exhaust as an affirmative defense. Answer p. 1 ¶ 2, p. 2. If defendants still intend to assert this defense, they are directed to file a motion to dismiss this action for failure to exhaust administrative remedies. *See* 42 U.S.C. § 1997e(a). The parties' briefs on this issue shall be filed according to the following schedule:

Defendants' motion and supporting evidence shall be filed on or before October 23, 2009.

Wright's optional opposition, including any supporting evidence, shall be filed on or before November 17, 2009.

Defendants' optional reply shall be filed on or before December 1, 2009.

If Wright contends that he is unable to oppose defendants' motion without conducting

//
//
//

additional discovery, he should state in his opposition what discovery must be conducted and how that discovery would preclude dismissal of the action for a failure to exhaust.

It is so ORDERED.

DATED: September 29, 2009.

/s/ Raymond C. Fisher
Raymond C. Fisher,
United States Circuit Judge
Sitting by Designation